# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL MCSWAIN, | NO. CV 14-4938-VAP (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| A.M. GONZALES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 18, 2014.

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE